**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-7607**

_____

MARK DUNCAN,

                                Plaintiff - Appellant,

        versus

KAREN MILLER, Doctor, Roanoke City Jail; CITY
OF ROANOKE; SHERIFF, Roanoke City Jail,

                                Defendants - Appellees.

_____

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Jackson L. Kiser, Senior District
Judge.  (CA-99-324-7)

_____

Submitted:  February 10, 2000        Decided:  February 17, 2000

_____

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Mark Duncan, Appellant Pro Se. Edward Joseph McNelis, III, BREWSTER
S. RAWLS & ASSOCIATES, P.C., Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mark Duncan appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Duncan v. Miller, No. CA-99-324-7 (W.D. Va. Oct. 26, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED